

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-18-00188-CV

---

MARK SCHOMBURG                                             APPELLANT

V.

BANKERS INSURANCE, LLC                              APPELLEE

----------

## FROM THE 271ST DISTRICT COURT OF WISE COUNTY
## TRIAL COURT NO. CV17-07-554

----------

## MEMORANDUM OPINION[1]

----------

Pro se Appellant Mark Schomburg attempts to appeal a May 17, 2018 order granting summary judgment for Appellee Bankers Insurance, LLC. On June 5, 2018, we notified Schomburg of our concern that we lack jurisdiction over this appeal because the order does not appear to be a final judgment or an appealable interlocutory order. Specifically, although the order finally disposed of

---

[1]*See* Tex. R. App. P. 47.4.

Schomburg's claims against Bankers Insurance, LLC, it did not dispose of Schomburg's claims against First Financial Bank South-Lake, another defendant in the cause below. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 200 (Tex. 2001) (explaining that a judgment is final for purposes of appeal if it (1) actually disposes of all claims and parties or (2) states with unmistakable clarity that it is a final judgment). We informed Schomburg that the appeal would be dismissed for want of jurisdiction unless he or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(a), 44.3. We have received no response. Accordingly, because the order granting summary judgment for Bankers Insurance, LLC is not a final judgment, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *Lehmann*, 39 S.W.3d at 200.

PER CURIAM

PANEL: MEIER, GABRIEL, and KERR, JJ.

DELIVERED: July 19, 2018

2